## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN BROWN, | Case No. 2:20-cv-01369-WBS KJN P |
| Plaintiff, | **ORDER GRANTING DEFENDANT COUNTY OF SACRAMENTO'S MOTION TO MODIFY THE SCHEDULING ORDER** |
| vs. | |
| RIO COSUMNES CORRECTIONAL CENTER, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS ORDERED that Defendant County of Sacramento's Motion to Modify the Scheduling Order (ECF No. 19) is GRANTED. The dispositive motion deadline is extended to June 7, 2021.

Dated: March 4, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Br1369.mod