UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIO CONSUMNES CORRECTIONAL CENTER, et al.,<br><br>　　　　Defendants. | No. 2: 20-cv-1369 WBS KJN P<br><br><br><br>ORDER |

　　　　Plaintiff is a county prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 23, 2021, the undersigned recommended that this action be dismissed for plaintiff's failure to prosecute. (ECF No. 21.) On April 15, 2021, plaintiff filed documents demonstrating that on February 16, 2021, he tested positive for COVID-19 at the Sacramento County Jail. (ECF No. 22.) Good cause appearing, the March 23, 2021 findings and recommendations are vacated.

　　　　On February 21, 2021, defendants filed a motion to compel. (ECF No. 17.) Plaintiff did not file an opposition to the motion to compel. On March 23, 2021, the undersigned vacated the motion to compel when he recommended that this action be dismissed for plaintiff's failure to prosecute. (ECF No. 21.) It appears that plaintiff's failure to oppose the motion to compel may be related to his COVID-19 diagnosis.

1

Good cause appearing, defendants' motion to compel is now reinstated. In an abundance of caution, defendants are directed to reserve plaintiff with the motion to compel.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 23, 2021 findings and recommendations are vacated;
2. Defendants' motion to compel (ECF No. 17) is reinstated; within five days of the date of this order, defendants shall reserve plaintiff with the motion to compel and file proof of reservice;
3. Plaintiff's response to the motion to compel is due within thirty days of the date of this order; defendants may file a reply within seven days thereafter.

Dated: April 23, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Br1369.vac

kc