UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BROWN,<br><br>        Plaintiff,<br><br>   v.<br><br>RIO COSUMNES CORRECTIONAL CENTER, et al.,<br><br>        Defendants. | No. 2: 20-cv-1369 WBS KJN P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 14, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 14, 2021, are adopted in full; and

2. This action is dismissed without prejudice for failure to prosecute. <u>See</u> Local Rule 183(b).

Dated: July 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/brow1369.803